Shannon Irons
PO Box 1063
Venice CA 90294
818 850 8037
shannoh@yahoo.com

FILED
2021 OCT 20 PM 2:27
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

SHANNON IRONS

Individual
Plaintiff,

vs.

Bank of America Corporation (referred to as "Bank of America or" or "B of A")

Bank of the West
subsidiary of BNP Paribas.

JPMORGAN CHASE Bank, National Association ("Chase Bank")

Citibank, Subsidiary of Citigroup

Comerica Incorporated ("Comerica Bank")

(continued)

CASE NO.: LACV21-8315-DMG-KSx

USA PATRIOT Act Section 326

California Unruh Civil Rights Act CC51.b

BANKS DISCRIMINATE AGAINST HOMELESS - 1

1  OneWest Bank, a division of CIT Bank, N.A.,
2   ("OneWest Bank")

3  MUFG Union Bank Foundation
4  ("Union Bank")

5
6  Wells Fargo Bank, N.A. subsidiary of
    WELLS FARGO CHI, INCORPORATED
7  ("Wells Fargo")

8
   Defendants
9

10
11 Date:

## JURISDICTION AND VENUE

1.   The court has jurisdiction over this action pursuant to 28 U.S.C. § 1331 (Federal question).  Venue lies in the Central District of California, the judicial district in which the claim arose, pursuant to 28 U.S.C. § 1391.

## PARTIES

2.   Plaintiff, Shannon Irons, am a competent Adult.  Hereto times relevant here occupant of the County of Los Angeles, California

3.   Defendants / Banks do business throughout California, including in the County of Los Angeles, and provide business checking accounts and other banking services related to the subject matter of this complaint within the County of Los Angeles, California.

4.   Bank of America Corporation (simply referred to as Bank of America, often abbreviated as BofA) is an American multinational investment bank and financial services holding company headquartered in Charlotte, North Carolina.

5. Bank of the West is a regional financial services company, headquartered in San Francisco, California. It is a subsidiary of BNP Paribas.

6. JPMorgan Chase Bank, N.A., doing business as Chase Bank or often as Chase, is an American national bank headquartered in Manhattan, New York City, that constitutes the consumer and commercial banking subsidiary of the U.S. multinational banking and financial services holding company,

7. Citibank is the consumer division of financial services multinational Citigroup.

8. Comerica (Bank) known as Comerica Incorporated is a financial services company headquartered in Dallas, Texas.

9. OneWest Bank, a division of CIT Bank, N.A., is a regional bank.

10. Operating as UnionBank or MUFG Union Bank is an American full-service bank with 398 branches in California, Washington and Oregon which is wholly owned by MUFG Bank.

11. US Bank known as U.S. Bancorp (stylized as US BANKCORP) is an American bank holding company based in Minneapolis, Minnesota, and incorporated in Delaware. It is the parent company of U.S. Bank National Association

12. Wells Fargo Bank, N.A., the primary subsidiary of Wells Fargo & Company is a national bank chartered in Wilmington, Delaware which designates its main office in Sioux Falls, South Dakota.

13. The true names and capacities of Defendants named as DOES 1 through 100, inclusive, are currently unknown to Plaintiff who therefore sue said DOE Defendants by such fictitious names. Plaintiffs will amend this Complaint to show their true names and capacities when the same have been ascertained. Plaintiffs and the Class, are informed and believe, and based thereon allege, that DOES 1 through 100, inclusive, were responsible in some manner for the acts and transactions hereinafter alleged and are therefore liable to Plaintiffs and the Class.

## COMPLAINT

14. I, Shannon Irons individually and on behalf of all others similarly situated, bring this action against National Banks as Defendants and DOES 1-100. Plaintiff's allegations are based on information and belief unless otherwise indicated.

15. Plaintiff is presently unaware of the true names of the Defendants identified in the Complaint under the fictitious names Does 1-100.

### STATMEMENT OF FACTS

16. I, Shannon Irons, am in the Jurisdiction of the State of California specifically Los Angeles.

17. I, Shannon Irons, am technically "Homeless" meaning I do not have a "fixed location" or Physical Address as a residence.

18. Upon applying for a new checking account at different Banks I learned that each Bank, or as listed as Defendants, require a Physical Address, Street Address or "no P.O. Box" on their applications in order to proceed.

19. Because I could not provide a Physical Address, I was immediately rejected for a New Checking Account(s). This is Discrimination.

### BACKGROUND

20. American Banks operate under The USA Patriot Act. Section 326 The Guidance on Customer Identification Program known as C.I.P. or CIP Requirements. CIP Requirements state that Banks, Brokers and or Dealers get an address and other identifying information for New Accounts.

21. SECURITIES AND EXCHANGE COMMISSION DEPARTMENT OF THE TREASURY 31 CFR Part 103 Customer Identification Programs for Broker-Dealers states:

> *"...require, at a minimum, financial institutions to implement reasonable customer identification procedures for (1) verifying the identity of any person seeking to open an account, to the extent reasonable and practicable; (2) maintaining records of the information used to verify the person's identity, including name, address, and other identifying information...."*

22. In addition or further down in § 103.122(b)(2)(i)

> *"...We are adopting the customer information provisions substantially as proposed with changes to accommodate individuals who may not have physical addresses. We believe the minimum required information is collected by most broker-dealers already, is necessary for the verification process and serves an important law enforcement function. Accordingly, prior to opening an account, a broker-dealer must obtain, at a minimum, a customer's (1) name; (2) date of birth, for an individual; (3) address; and (4) identification number.[59] The address must be (1) for an individual, a residential or business street address, or for an individual who does not have a residential or business street address, an Army Post Office or Fleet Post Office box number, or the residential or business street address of next of kin or another contact individual; or (2) for a person other than an individual, a principal place of business, local office or other physical location."*

## FIRST CAUSE OF ACTION

23.   Plaintiff reallege and incorporate the allegations set forth in the preceding paragraphs as though fully set forth hereat.

24.   By definition The Homeless don't have a Physical Address. Banks, as listed Defendants, require a Physical Address to open a new account. This is Discrimination against Homeless.

## SECOND CAUSE OF ACTION

25.   As covered above The Securities And Exchange Commission provide additional options for New Checking Account Applicants (who might be Homeless) Banks do not disclose nor offer:

> *"(1) for an individual, a residential or business street address, or for an individual who does not have a residential or business street address, an Army Post Office or Fleet Post Office box number, or the residential or business street address of next of kin or another contact individual"*

26.   Because of the Instant Rejection on Checking Account Applications for failure to enter

BANKS DISCRIMINATE AGAINST HOMELESS - 5

a Home, Physical or Street Address either online or in-person none of the above as mentioned other options are available, offered nor explained to Homeless Applicants. This is Unlawful Discrimination.

### THIRD CAUSE OF ACTION

27. The fact that Banks or Defendants require a Physical Address eliminates the possibility for the Homeless to get a New Checking Account also violates the Unruh Act or California Civil Code 51.b

28. CC 51.b. states:

> *All persons within the jurisdiction of this state are free and equal, and no matter what their sex, race, color, religion, ancestry, national origin, disability, medical condition, genetic information, marital status, sexual orientation, citizenship, primary language, or immigration status are entitled to the full and equal accommodations, advantages, facilities, privileges, or services in all business establishments of every kind whatsoever.*

29. CC 51.b *"All Persons"* means EVERYONE in California is/are *"entitled to the services in all business establishment of every kind whatsoever"*. This includes Banks doing business in California.

30. Banks Discriminate by requiring a Physical Address from the Homeless who do not have a Physical Address violating "All Persons" in CC 51.b.

### PRAYER FOR REMEDY / RELIEF

31. Banks must obey the Law which is not happening now! The Financial Penalty Banks should have to pay should be as high as possible to force these Institutions / Defendants to fix this inherently and highly discriminatory process and/or policy!

32. The Judgment or Financial Penalty against the Defendants / Banks should be the highest possible the law will allow on a level of other Landmark Discrimination Cases of $1,000,000 Plus.

SHANNON IRONS  /s/ 10/20/21

BANKS DISCRIMINATE AGAINST HOMELESS - 6